Elsie Teeple, Appellant, v. Blanche Pierson, Respondent.— Judgment of the County Court of Broome county reversed on the law, and judgment of the City Court of the City of Binghamton reinstated, with costs to appellant in all courts. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

John Nield, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

Harriet Hall, Appellant, v. New York Telephone Company, Respondent. — Judgment affirmed, with costs.. Rhodes, McNamee and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent. (Tremblay v. Harmony Mills, 171 N. Y. 598; Crounse v. Sager, 224 App. Div. 10; Hughes v. Borden's Farm Products Co., Inc., 252 N. Y. 532; Keegan v. Hohorst, 261 id. 566.)

Elizabeth Cramer, Respondent, v. John Herbert Breen, Appellant. Clayton Weaver, Respondent, v. John Herbert Breen, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

John J. Flynn, as Administrator, etc., of Theresa La May, Deceased, Respondent, v. Martin Otis, Appellant.— Judgment and order unaninously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Raymond M. Norton, Appellant, v. Clayton Helmer, Respondent.— Judgment and orders unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

The People of the State of New York ex rel. The Jenprop Corporation, Relator, v. Thomas M. Lynch and Others, as and Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Josephine Levener, as Administratrix, etc., of Louis Levener, Deceased, Appellant, v. The New York Central Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Joseph Di Lascia, Respondent, v. George Westbrook, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Theodore Garrett, Respondent, v. City of Schenectady, Appellant.— Judgment and order affirmed, with costs. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse.

Nathan B. Schreier, Appellant, v. Milton V. Saulpaugh and Glens Falls Indemnity Company, Respondents.— Judgment affirmed, with costs. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents.